IN CLERKS OFFICE
2023 DEC 14 PM 12:15

# United States District Court of Massachusetts

Docket #

## Curtis Howell V. Massachusetts Bay Transportation Authority

**Plaintiff**

Curtis Howell, 234 Gibson Street Lowell, Ma. 01851

**Defendant**

Massachusetts Bay Transportation Authority,

Mayor of Boston,

Boston police department,

## Complaint

The plaintiff Curtis Howell is consolidating a series of civil actions against the Massachusetts Bay transportation authority joining a bunch of incidents of sexual assault, assault and battery, theft of IIPhones, Samsung phones, mac-books and many electronics that total 16 electronic devices. Then I am being put to sleep by brain mapping device, neuro-prosthetics, M.A.V and U. A. V's. Then I am monitored by spy ware and cochlear hearing aids. These parties infested my clothing and my body with spy bugs which there after made many scarring on my body which I use for employment and religious purposes. Then my intellectual properties were stolen. The parties who have assaulted ME and did commit many batteries on me in connection with the Massachusetts Bay transportation authority, WERE MBTA POLICE AND STAFF MEMBERS, BOSTON POLICE, LOCAL POLICE OFFICERS, STATE POLICE OFFICERS, FEDERAL POLICE OFFICERS, STATE AND FEDERAL EMPLOYEES, INFOMANTS, OUT OF STATE GOVERNMENT PESRONNEL, AND OTHER CIVILIANS IN MASSACHUSETTS AND THROUGHOUT THE UUNITED STATES THAT HAVE COMMITTED CRIMES UPON ME ON VIDEO SURVEILLANCE ON THE GROUNDS OF THE MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, JUDICIAL PERSONNEL AND CEO'S FROM GIANT CORPORATIONS AND CELEBRITIES. THE INCIDENTS ARE AS FOLLOWED WITH STATEMENT OF CLAIMS.

### Statement of claims

On 10/5/23 I was sexually assaulted at 10/5/23 at Andrew station I was beaten up to I believe due to the pain in my back and the manner my body felt after awaken from 1am-5am. These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS.

The jurisdiction of this incident is under 42 USC 2000a-6, 42 USC 12188, 42 USC 1981, 42 USC 1983, 42 USC 1985 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 29 USC 623, VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 249, 250.the plaintiff requested the court to order that compensation be made in the amount of $30,000,000,000 billion dollars for the property that was stolen.

ON 10/4/23 sexually assaulted on orange line, forest hills to oak grove. On the train I was sexually assaulted from Roxbury crossing to forest hills from 11pm -1:30am. I was sexually assaulted at forest hills to oak grove on various other days such as 9/10/23, 9/11/23, 7/21/23, 7/18/23, 10/31/22, these incidents occurred from 5am -12am. These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS.

The jurisdiction of this incident is under 42 USC 12188, 42 USC 1983, 42 USC 1985 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 29 USC 623, VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 249, 250.the plaintiff requested the court to order that compensation be made in the amount of $30,000,000,000 billion dollars for the property that was stolen.

9 /17/23 I was harmed at David square Somerville someone passed me out unconsciousness, illegally detained me and sexually assaulted me. Took my semen out of my penis. And hurt my rear. When I first arrived down stairs I had to go to the bathroom and there was a man posing as a woman in the bathroom and I left bathroom and came out the front door than told the red shirt attendant about it. He went in there. I used the bathroom and came down stairs and I was kidnapped, by illegal brain mapping and neuro-map devices, brain computer interface. Someone put bugs in my ears to listen to me (mavs) I feel them moving around and please preserve the video and audio on 9/17/23 from 5pm-9:51pm. These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS.

The jurisdiction of this incident is under 42 USC 2000a-6, 42 USC 12188, 42 USC 1981, 42 USC 1983, 42 USC 1985 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 29 USC 623, VIOLATIONS OF 18 USC 241, 242, 245, 246, 248,

249, 250.he plaintiff requested the court to order that compensation be made in the amount of $30,000,000,000 billion dollars for the property that was stolen.

On 9/26/23 I went to the bus stop because I had two heavy bags. The bags were filled with legal work, medical records etc... I waited for the bus and the bus came and denied me access to board the bus while I was in transition connected to commerce, self-employment, education, religious services and rehabilitation. This was in Cambridge near Pearl Street at the 47 bus stop at approximately 2pm-7pm. These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS.

The jurisdiction of this incident is under 42 USC 2000a-6 42 USC 12188, 42 USC 1981, 42 USC 1983, 42 USC 1985 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 29 USC 623, VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 249, 250. The plaintiff requested the court to order that compensation be made in the amount of $30,000,000,000 billion dollars for the property that was stolen.

On 9/11/23 I was at North station train terminal approximately from 5am -12am and I was sexually assaulted. I was put to sleep by illegal electronic device implanted in my body, known as many different technological applications such as brain mapping by EEG, EKG, Radio frequency identification device, brain computer interface, brain machine interface, and /or neuro-prosthetic device. Likewise, I was monitored and sent signals to my brain the same with cochlear hearing aids, MAVS, UAV and other secret spyware. Along with being sexually assaulted evidence by the external semen coming from my penis and the soreness and wetness from my rear end. I believe that these individuals stole my property [legal papers, notes, emails to court houses and government officials connected to complaints, as well as intellectual properties in the form of music, photographs and art]. My privacy was violated and the violators committed obstruction of justice and theft of evidence denying my rights to sue and my right to redress. Which occurred on 3/18/22, 3/19/22, 3/20/22/ 3/21/22, 3/22/22, 3/23/22, 8/11/22, 9/11/22, 11/21/22, 11/22/22, 12/7/22, 1/19/23, 1/9/23, 1/10/23, 1/11/23, 4/25/23, 4/26/23, 7/8/23, 7/14/23, 7/31/23, 8/26/23, 8/28/23. These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS. Plus, many more incidents, which additional incidents after 3/18/22 was punitive incidents and the violence was witness intimidation including tampering with video surveillance to obstruct justice. I requested MBTA to provide me video surveillance independently and requested the Boston police department, Suffolk county district attorney, attorney general's office, mayor's office and department of justice.

The jurisdiction of this incident is under 42 USC 2000a-6, 42 USC 12188, 42 USC 1983, 42 USC 1985 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 29 USC 623, VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 249, 250.the plaintiff requested the court to order that compensation be made in the amount of $30,000,000,000 billion dollars for the property that was stolen.

on 3/11/23- 3/12/23 [Greyhound bus terminal and Amtrak stations], at 12am-12am the next morning, I was at the south station train station and on other occasions such as 1/23/23, 1/5/23, 1/3/23, [red-line train station] while there I was put to sleep by illegal electronic device implanted in my body, known as many different technological applications such as brain mapping by EEG, EKG, Radio frequency identification device, brain computer interface, brain machine interface, and /or neuro-prosthetic device. Likewise, I was monitored and sent signals to my brain the same with cochlear hearing aids, MAVS, UAV and other secret spyware. When I woke up on the 3/11/23-3/12/23 incident I was moved from the left side where I sat down and now was on the right side of the bus terminal of south station [greyhound and connected Amtrak train terminal]. Along with being sexually assaulted evidence by the external semen coming from my penis and the soreness and wetness from my rear end. These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS. I believe that these individuals stole my property [legal papers, notes, emails to court houses and government officials connected to complaints, as well as intellectual properties in the form of music, photographs and art]. My privacy was violated and the violators committed obstruction of justice and theft of evidence denying my rights to sue and my right to redress. Which occurred on. ON many more days I was sexually assaulted the same such as 3/24/22, 3/25/22, 3/26/22, 3/27/22, 3/25/22, 4/20/22, 7/8/22, 7/9/22, 7/31/22, 8/11/22, 8/14/22, 1/3/23, 1/5/23, 7/18/23, and going back far as earliest to 6/30/2020 incidents of violence occurring from 5am-12am, which additional incidents after 3/24/22 was punitive incidents and the violence was witness intimidation including tampering with video surveillance to obstruct justice. I requested MBTA to provide me video surveillance independently and requested the Boston police department, Suffolk county district attorney, attorney general's office, mayor's office and department of justice.

The jurisdiction of this incident is under 42 USC 2000b-1, 42 USC 12188, 42 USC 1981, 42 USC 1983, 42 USC 1985 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 29 USC 623, VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 249, 250.he plaintiff requested the court to order that compensation be made in the amount of $30,000,000,000 billion dollars for the property that was stolen.

On 7/16/23 at the Kenmore train and bus terminal am 12am -12am the next morning I was sexually assaulted. I was put to sleep by illegal electronic device implanted in my body, known as many different technological applications such as brain mapping by EEG, EKG, Radio frequency identification device, brain computer interface, brain machine interface, and /or neuro-prosthetic device. Likewise, I was monitored and sent signals to my brain the same with cochlear hearing aids, MAVS, UAV and other secret spyware. Along with being sexually assaulted evidence by the external semen coming from my penis and the soreness and wetness from my rear end. I believe that these individuals stole my property [legal papers, notes, emails to court houses and government officials connected to complaints, as well as intellectual properties in the form of music, photographs and art]. My privacy was violated and the violators committed obstruction of justice and theft of evidence denying my rights to sue and my right to redress. Which occurred on 11/21/22, 11/22/22, 1/7/23, 1/8/23, 3/14/23, 3/15/23, 3/19/23,

4/14/23, 4/15/23, 4/18/23, 4/19/23, 4/20/23, 5/26/23, 7/15/23.These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS. Plus, many more incidents, which additional incidents after 3/18/22 was punitive incidents and the violence was witness intimidation including tampering with video surveillance to obstruct justice. I requested MBTA to provide me video surveillance independently and requested the Boston police department, Suffolk county district attorney, attorney general's office, mayor's office and department of justice.

The jurisdiction of this incident is under 42 USC 1981, 42 USC 1983, 42 USC 1985 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 29 USC 623, VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 249, 250.the plaintiff requested the court to order that compensation be made in the amount of $30,000,000,000 billion dollars for the property that was stolen.

On 7/31/23, 5am – 12am at the Government center, I was sexually assaulted. I was put to sleep by illegal electronic device implanted in my body, known as many different technological applications such as brain mapping by EEG, EKG, Radio frequency identification device, brain computer interface, brain machine interface, and /or neuro-prosthetic device. Likewise, I was monitored and sent signals to my brain the same with cochlear hearing aids, MAVS, UAV and other secret spyware. Along with being sexually assaulted evidence by the external semen coming from my penis and the soreness and wetness from my rear end. I believe that these individuals stole my property [legal papers, notes, emails to court houses and government officials connected to complaints, as well as intellectual properties in the form of music, photographs and art]. My privacy was violated and the violators committed obstruction of justice and theft of evidence denying my rights to sue and my right to redress. Which occurred on 7/25/22, 7/26/22, 7/27/22, 9/11/22, 11/21/22, 12/5/22, 12/24/22, 12/25/22, 2/27/23, 3/13/23, 7/31/23, 9/9/23, and 9/10/23. These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS. Plus, many more incidents, which additional incidents after 3/18/22 was punitive incidents and the violence was witness intimidation including tampering with video surveillance to obstruct justice. I requested MBTA to provide me video surveillance independently and requested the Boston police department, Suffolk county district attorney, attorney general's office, mayor's office and department of justice.

The jurisdiction of this incident is under 42 USC 12188, 42 USC 1983, 42 USC 1985 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 29 USC 623, VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 249, 250.the plaintiff requested the court to order that compensation be made in the amount of $30,000,000,000 billion dollars for the property that was stolen. To order that compensation be made in the amount of $30,000,000,000 billion dollars for the property that was stolen.

On 7/1/22-7/12/22 and approximately from 7/12/23-7/31/22 at the New England medical center [tufts medical center] train station on the orange line, at 12am-12am the next morning, I was sexually assaulted. I was put to sleep by illegal electronic device implanted in my body, known as many different technological applications such as brain mapping by EEG, EKG, Radio frequency identification device, brain computer interface, brain machine interface, and /or neuro-prosthetic device. Likewise, I was monitored and sent signals to my brain the same with cochlear hearing aids, MAVS, UAV and other secret spyware. Along with being sexually assaulted evidence by the external semen coming from my penis and the soreness and wetness from my rear end. I believe that these individuals stole my property [legal papers, notes, emails to court houses and government officials connected to complaints, as well as intellectual properties in the form of music, photographs and art]. My privacy was violated and the violators committed obstruction of justice and theft of evidence denying my rights to sue and my right to redress. Which occurred on 3/18/22, 3/19/22, 3/20/22/ 3/21/22, 3/22/22, 3/23/22, 8/11/22, 9/11/22, 11/21/22, 11/22/22, 12/7/22, 4/25/23, 4/26/23, 7/8/23, 7/14/23, 7/31/23, 8/26/23, 8/28/23. These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS. Plus, many more incidents, which additional incidents after 3/18/22 was punitive incidents and the violence was witness intimidation including tampering with video surveillance to obstruct justice. I requested MBTA to provide me video surveillance independently and requested the Boston police department, Suffolk county district attorney, attorney general's office, mayor's office and department of justice.

The jurisdiction of this incident is under 42 USC 2000b-1, 42 USC 1983, 42 USC 1985 29 USC 794, 42 USC 12188, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 29 USC 623, VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 249, 250.the plaintiff requested the court to order that compensation be made in the amount of $30,000,000,000 billion dollars for the property that was stolen.

on 10/1/23- 10/3/23 and prior 7/11/23-7/18/23, during the time frame of 12am-12am I was at the Community college train station on the orange line. I was sexually assaulted. I was put to sleep by illegal electronic device implanted in my body, known as many different technological applications such as brain mapping by EEG, EKG, Radio frequency identification device, brain computer interface, brain machine interface, and /or neuro-prosthetic device. Likewise, I was monitored and sent signals to my brain the same with cochlear hearing aids, MAVS, UAV and other secret spyware. Along with being sexually assaulted evidence by the external semen coming from my penis and the soreness and wetness from my rear end. I believe that these individuals stole my property [legal papers, notes, emails to court houses and government officials connected to complaints, as well as intellectual properties in the form of music, photographs and art]. My privacy was violated and the violators committed obstruction of justice and theft of evidence denying my rights to sue and my right to redress. Which occurred on 7/10/23, 7/11/23, 7/12/23, 7/13/23, 7/14/23, 7/15/23, 7/16/23, 7/17/23, 7/18/23, 7/19/23, 7/20/23, and 7/21/23. These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS. Plus, many more incidents, which additional incidents after 3/18/22 was punitive incidents and the violence was witness intimidation including tampering with video surveillance to obstruct justice. I requested MBTA to provide me video surveillance independently and requested the Boston police department, Suffolk county district attorney, attorney general's office, mayor's office and department of justice.

The jurisdiction of this incident is under 42 USC 2000a-6, 42 USC 1983, 42 USC 1985 29 USC 794, 42 USC 12188, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 29 USC 623, VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 249, 250.the

plaintiff requested the court to order that compensation be made in the amount of **$30,000,000,000 billion dollars** for the property that was stolen.

On 9/21/23 I went to the Harvard square train station, from 5am -12am I was sexually assaulted. I was put to sleep by illegal electronic device implanted in my body, known as many different technological applications such as brain mapping by EEG, EKG, Radio frequency identification device, brain computer interface, brain machine interface, and /or neuro-prosthetic device. Likewise, I was monitored and sent signals to my brain the same with cochlear hearing aids, MAVS, UAV and other secret spyware. Along with being sexually assaulted evidence by the external semen coming from my penis and the soreness and wetness from my rear end. I believe that these individuals stole my property [legal papers, notes, emails to court houses and government officials connected to complaints, as well as intellectual properties in the form of music, photographs and art]. My privacy was violated and the violators committed obstruction of justice and theft of evidence denying my rights to sue and my right to redress. Which occurred on 8/18/23, 8/19/23, 4/21/23, 4/18/23, 4/13/23, 4/9/23, 4/8/23, 3/1/23, 1/5/23, 1/3/23, and 4/8/22. These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS. Plus, many more incidents, which additional incidents after 9/21/23 was punitive incidents and the violence was witness intimidation including tampering with video surveillance to obstruct justice. I requested MBTA to provide me video surveillance independently and requested the Boston police department, Suffolk county district attorney, attorney general's office, mayor's office and department of justice.

The jurisdiction of this incident is under 42 USC a-6, 42 USC 1983, 42 USC 1985 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 42 USC 12188, the plaintiff requested the court to order that compensation be made in the amount of **$30,000,000,000 billion dollars** for the property that was stolen.

On 9/1/23 at the Central square train station on the Redline, at 12am – 10pm I was sexually assaulted. I was put to sleep by illegal electronic device implanted in my body, known as many different technological applications such as brain mapping by EEG, EKG, Radio frequency identification device, brain computer interface, brain machine interface, and /or neuro-prosthetic device. Likewise, I was monitored and sent signals to my brain the same with cochlear hearing aids, MAVS, UAV and other secret spyware. Along with being sexually assaulted evidence by the external semen coming from my penis and the soreness and wetness from my rear end. I believe that these individuals stole my property [legal papers, notes, emails to court houses and government officials connected to complaints, as well as intellectual properties in the form of music, photographs and art]. My privacy was violated and the violators committed obstruction of justice and theft of evidence denying my rights to sue and my right to redress. Which occurred on 4/8/22 and other occasions. These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS. Plus, many more incidents, which additional incidents after and before 9/7/22 was punitive incidents and the violence was witness intimidation including tampering with video surveillance to obstruct justice. I requested MBTA to provide me video surveillance independently and requested the Boston police department, Suffolk county district attorney, attorney general's office, mayor's office and department of justice.

The jurisdiction of this incident is under 42 USC 2000a-6, 42 USC 1983, 42 USC 1985 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 42 USC 12188, the plaintiff requested the court to order that compensation be made in the amount of **$30,000,000,000 billion dollars** for the property that was stolen.

On 9/7/22, Back Bay station, from 5am-12am I was sexually assaulted. I was put to sleep by illegal electronic device implanted in my body, known as many different technological applications such as brain mapping by EEG, EKG, Radio frequency identification device, brain computer interface, brain machine interface, and /or neuro-prosthetic device. Likewise, I was monitored and sent signals to my brain the same with cochlear hearing aids, MAVS, UAV and other secret spyware. Along with being sexually assaulted evidence by the external semen coming from my penis and the soreness and wetness from my rear end. I believe that these individuals stole my property [legal papers, notes, emails to court houses and government officials connected to complaints, as well as intellectual properties in the form of music, photographs and art]. My privacy was violated and the violators committed obstruction of justice and theft of evidence denying my rights to sue and my right to redress. Which occurred on 7/21/23, 11/30/22, 11/22/22, 11/21/22, 9/9/22, 7/29/22, 7/21/22, 4/7/23, and 4/8/23. These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS. Plus, many more incidents, which additional incidents after 3/18/22 was punitive incidents and the violence was witness intimidation including tampering with video surveillance to obstruct justice. I requested MBTA to provide me video surveillance independently and requested the Boston police department, Suffolk county district attorney, attorney general's office, mayor's office and department of justice.

The jurisdiction of this incident is under 42 USC 2000a-6, 42 USC 1983, 42 USC 1985 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 42 USC 12188, the plaintiff requested the court to order that compensation be made in the amount of **$30,000,000,000 billion dollars** for the property that was stolen.

On 11/5/22 and 11/6/22, at 5am-10am at the Copley train station green line, I was sexually assaulted. I was put to sleep by illegal electronic device implanted in my body, known as many different technological applications such as brain mapping by EEG, EKG, Radio frequency identification device, brain computer interface, brain machine interface, and /or neuro-prosthetic device. Likewise, I was monitored and sent signals to my brain the same with cochlear hearing aids, MAVS, UAV and other secret spyware. Along with being sexually assaulted evidence by the external semen coming from my penis and the soreness and wetness from my rear end. I believe that these individuals stole my property [legal papers, notes, emails to court houses and government officials connected to complaints, as well as intellectual properties in the form of music, photographs and art]. My privacy was violated and the violators committed obstruction of justice and theft of evidence denying my rights to sue and my right to redress. Which occurred on 2/27/22, 7/6/22, 4/4/23, 4/5/23, and 8/24/23. These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS. Plus, many more incidents, which additional incidents after 2/27/22 was punitive incidents and the violence was witness intimidation including tampering

with video surveillance to obstruct justice. I requested MBTA to provide me video surveillance independently and requested the Boston police department, Suffolk county district attorney, attorney general's office, mayor's office and department of justice. I requested MBTA to provide me video surveillance independently and requested the Boston police department, Suffolk county district attorney, attorney general's office, mayor's office and department of justice.

The jurisdiction of this incident is under 42 USC 2000a-6, 42 USC 1983, 42 USC 1985 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 42 USC 12188, the plaintiff requested the court to order that compensation be made in the amount of $30,000,000,000 billion dollars for the property that was stolen.

On 7/7/23 at the blue line Bowdoin train station, I was sexually assaulted. I was put to sleep by illegal electronic device implanted in my body, known as many different technological applications such as brain mapping by EEG, EKG, Radio frequency identification device, brain computer interface, brain machine interface, and /or neuro-prosthetic device. Likewise, I was monitored and sent signals to my brain the same with cochlear hearing aids, MAVS, UAV and other secret spyware. Along with being sexually assaulted evidence by the external semen coming from my penis and the soreness and wetness from my rear end. I believe that these individuals stole my property [legal papers, notes, emails to court houses and government officials connected to complaints, as well as intellectual properties in the form of music, photographs and art]. My privacy was violated and the violators committed obstruction of justice and theft of evidence denying my rights to sue and my right to redress. Which occurred at other locations of the MBTA. These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS. I requested MBTA to provide me video surveillance independently and requested the Boston police department, Suffolk county district attorney, attorney general's office, mayor's office and department of justice.

The jurisdiction of this incident is under 42 USC 2000a-6, 42 USC 1983, 42 USC 1985 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 42 USC 12188, the plaintiff requested the court to order that compensation be made in the amount of $30,000,000,000 billion dollars for the property that was stolen.

On 7/1/23-10/11/23 at 12am- 10pm I went to the Charles MGH, redline train station I was sexually assaulted. I was put to sleep by illegal electronic device implanted in my body, known as many different technological applications such as brain mapping by EEG, EKG, Radio frequency identification device, brain computer interface, brain machine interface, and /or neuro-prosthetic device. Likewise, I was monitored and sent signals to my brain the same with cochlear hearing aids, MAVS, UAV and other secret spyware. Along with being sexually assaulted evidence by the external semen coming from my penis and the soreness and wetness from my rear end. I believe that these individuals stole my property [legal papers, notes, emails to court houses and government officials connected to complaints, as well as intellectual properties in the form of music, photographs and art]. My privacy was violated and the violators committed obstruction of justice and theft of evidence denying my rights to sue and my right to redress. Which occurred on 3/18/22, 3/19/22, 3/20/22/ 3/21/22, 3/22/22, 3/23/22, 8/11/22, 9/11/22, 11/21/22, 11/22/22, 12/7/22, 4/25/23, 4/26/23, 7/8/23, 7/14/23, 7/31/23, 8/26/23, 8/28/23. These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS. Plus, many more incidents, which additional incidents after 3/18/22 was punitive incidents and the violence was witness intimidation including tampering with video surveillance to obstruct justice. I requested MBTA to provide me video surveillance independently and requested the Boston police department, Suffolk county district attorney, attorney general's office, mayor's office and department of justice.

The jurisdiction of this incident is under 42 USC 2000a-6, 42 USC 1983, 42 USC 1985 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 42 USC 12188, the plaintiff requested the court to order that compensation be made in the amount of $30,000,000,000 billion dollars for the property that was stolen.

On 9/23/23 and during the timeframe from 1/3/23-10/11/23 at the Park street train station [redline], I was sexually assaulted. I was put to sleep by illegal electronic device implanted in my body, known as many different technological applications such as brain mapping by EEG, EKG, Radio frequency identification device, brain computer interface, brain machine interface, and /or neuro-prosthetic device. Likewise, I was monitored and sent signals to my brain the same with cochlear hearing aids, MAVS, UAV and other secret spyware. Along with being sexually assaulted evidence by the external semen coming from my penis and the soreness and wetness from my rear end. I believe that these individuals stole my property [legal papers, notes, emails to court houses and government officials connected to complaints, as well as intellectual properties in the form of music, photographs and art]. My privacy was violated and the violators committed obstruction of justice and theft of evidence denying my rights to sue and my right to redress. These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS. PLUS, many more incidents, which additional incidents after 1/3/23. Was punitive incidents and the violence was witness intimidation including tampering with video surveillance to obstruct justice. I requested MBTA to provide me video surveillance independently and requested the Boston police department, Suffolk county district attorney, attorney general's office, mayor's office and department of justice.

The jurisdiction of this incident is under 42 USC 2000a-6, 42 USC 1983, 42 USC 1985 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 42 USC 12188, the plaintiff requested the court to order that compensation be made in the amount of $30,000,000,000 billion dollars for the property that was stolen.

On 12/30/22, 12/31/22 and 5/26/22 at the riverside train station on the green line I was sexually assaulted. I was put to sleep by illegal electronic device implanted in my body, known as many different technological applications such as brain mapping by EEG, EKG, Radio frequency identification device, brain computer interface, brain machine interface, and /or neuro-prosthetic device. Likewise, I was monitored and sent signals to my brain the same with cochlear hearing aids, MAVS, UAV and other secret spyware. Along with being sexually assaulted evidence by the external semen coming from my penis and the soreness and wetness from my rear end. I believe that these individuals stole my property [legal papers, notes, emails to court houses and government officials connected to complaints, as well as intellectual properties in

the form of music, photographs and art]. My privacy was violated and the violators committed obstruction of justice and theft of evidence denying my rights to sue and my right to redress. These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS. Plus, many more incidents, which additional incidents after **4/2/23, 4/21/23, 5/26/22** it was punitive incidents and the violence was witness intimidation including tampering with video surveillance to obstruct justice. I requested **MBTA** to provide me video surveillance independently and requested the **Boston police department, Suffolk county district attorney, attorney general's office, mayor's office and department of justice**.

The jurisdiction of this incident is under **42 USC 2000a-6, 42 USC 1983, 42 USC 1985 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11 42 USC 12188,** the plaintiff requested the court to order that compensation be made in the amount of **$30,000,000,000 billion dollars** for the property that was stolen.

On **2/20/23, 2/21/23, 7/9/23, Hynes conventional center**, I was sexually assaulted. I was put to sleep by illegal electronic device implanted in my body, known as many different technological applications such as brain mapping by EEG, EKG, Radio frequency identification device, brain computer interface, brain machine interface, and /or neuro-prosthetic device. Likewise, I was monitored and sent signals to my brain the same with cochlear hearing aids, MAVS, UAV and other secret spyware. Along with being sexually assaulted evidence by the external semen coming from my penis and the soreness and wetness from my rear end. I believe that these individuals stole my property [legal papers, notes, emails to court houses and government officials connected to complaints, as well as intellectual properties in the form of music, photographs and art].

My privacy was violated and the violators committed obstruction of justice and theft of evidence denying my rights to sue and my right to redress. Which occurred on **7/9/23 and incidents from 4/2022-10/3/23.** These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS. Plus, many more incidents, which additional incidents after 3/18/22 was punitive incidents and the violence was witness intimidation including tampering with video surveillance to obstruct justice. I requested **MBTA** to provide me video surveillance independently and requested the **Boston police department, Suffolk county district attorney, attorney general's office, mayor's office and department of justice**.

The jurisdiction of this incident is under **42 USC 2000a-6, 42 USC 1983, 42 USC 1985 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 42 USC 12188, the** plaintiff requested the court to order that compensation be made in the amount of **$30,000,000,000 billion dollars** for the property that was stolen.

On **7/20/23, 7/21/23, and 8/28/23** I was sexually assaulted at the **Sullivan square train station** on the orange line. I was sexually assaulted. I was put to sleep by illegal electronic device implanted in my body, known as many different technological applications such as brain mapping by EEG, EKG, Radio frequency identification device, brain computer interface, brain machine interface, and /or neuro-prosthetic device. Likewise, I was monitored and sent signals to my brain the same with cochlear hearing aids, MAVS, UAV and other secret spyware. Along with being sexually assaulted evidence by the external semen coming from my penis and the soreness and wetness from my rear end. I believe that these individuals stole my property [legal papers, notes, emails to court houses and government officials connected to complaints, as well as intellectual properties in the form of music, photographs and art]. My privacy was violated and the violators committed obstruction of justice and theft of evidence denying my rights to sue and my right to redress. Which occurred on **7/9/23 and incidents from 4/2022-10/3/23.** These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS. Plus, many more incidents, which additional incidents after **8/28/23** was punitive incidents and the violence was witness intimidation including tampering with video surveillance to obstruct justice. I requested **MBTA** to provide me video surveillance independently and requested the **Boston police department, Suffolk county district attorney, attorney general's office, mayor's office and department of justice**.

The jurisdiction of this incident is under **42 USC 2000a-6, 42 USC 1983, 42 USC 1985 29 USC 794, 42 USC 12832, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 42 USC 12188, the** plaintiff requested the court to order that compensation be made in the amount of **$30,000,000,000 billion dollars** for the property that was stolen.

On these days at 12am-10am at the **Cleveland circle** train station the green line, **9/24/23, 9/10/23, 9/10/23, 8/21/23, 8/1/23, 4/18/23,** On **2/20/23, 2/21/23, 7/9/23, Hynes conventional center**, I was sexually assaulted. I was put to sleep by illegal electronic device implanted in my body, known as many different technological applications such as brain mapping by EEG, EKG, Radio frequency identification device, brain computer interface, brain machine interface, and /or neuro-prosthetic device. Likewise, I was monitored and sent signals to my brain the same with cochlear hearing aids, MAVS, UAV and other secret spyware. Along with being sexually assaulted evidence by the external semen coming from my penis and the soreness and wetness from my rear end.

I believe that these individuals stole my property [legal papers, notes, emails to court houses and government officials connected to complaints, as well as intellectual properties in the form of music, photographs and art]. My privacy was violated and the violators committed obstruction of justice and theft of evidence denying my rights to sue and my right to redress. Other incidents occurred **9/10/23** and prior and after. These parties are putting bugs in my body and on my clothing that are leaving scars on my body and have damaged my body by injecting me with needles and BCI TAGS. Plus, many more incidents, which additional incidents after 3/18/2 was punitive incidents and the violence was witness intimidation including tampering with video surveillance to obstruct justice. I requested **MBTA** to provide me video surveillance independently and requested the **Boston police department, Suffolk county district attorney, attorney general's office, mayor's office and department of justice**.

The jurisdiction of this incident is under **42 USC 2000a-6, 5 USC 706, 5 USC 552a, 42 USC 1983, 42 USC 1985 29 USC 794, VIOLATION OF 1ST, 4TH, AND 5TH AMENDMENT RIGHTS. M.G.L chapter 12 section 11, 42 USC 12188, 29 USC 623, VIOLATIONS OF 18 USC 241, 242, 245, 246, 248, 249, 250.** The plaintiff requested the court to order that compensation be made in the amount of **$30,000,000,000 billion dollars** for the property that was stolen.

Curtis Howell 12/12/23

Respectfully, **Curtis Howell** [10/23/23] **Signed under the penalties of perjury.**

Curtis Howell 12/12/23